AO 246 (Rev. 01/14- Fresno)  Probation Order Under 18 U.S.C. § 3607

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
|  | ) Case No. 6:18-MJ-00023 JDP |
| LUIS ENRIQUE BRAMBILA | ) |
|  | ) |
| *Defendant* | ) |

### ORDER TO PAY
### PROBATION PURSUANT TO A DEFERRED JUDGMENT
### AGREEMENT BETWEEN THE PARTIES

The defendant having been found guilty of an offense under 36 CFR 2.35(B)(2), and pursuant to an agreement between the Government and the Defendant,

**IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:
1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.
4. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.


Date:    9/19/2018                                                                              /s/ Jeremy D. Peterson
                                                                                                   **JEREMY D. PETERSON**
                                                                                                   *United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall pay a fine of $490.00 and a special assessment of $10.00 for a total financial obligation of $500.00 to be paid in full by 7/19/2019. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    Clerk, U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

2. The defendant shall complete 30 hours of community service. The defendant shall perform and complete by 7/19/2019.

3. The defendant is ordered to personally appear for a probation review hearing on 8/14/2019, at 10:00 am before U.S. Magistrate Judge Jeremy D. Peterson. Shortly before this hearing, if the defendant has successfully complied with the terms of probation, he may request that the probation review hearing be vacated, and that his term of probation be immediately terminated. If represented, the defendant shall make any such request through counsel.