1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Office of the Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel. (916) 498-5700/Fax (916) 498-5700
5  Rachelle_barbour@fd.org

   Attorney for Defendant
   LUIS BRAMBILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS BRAMBILA,<br><br>Defendant. | Case No. 6:18-mj-0023 JDP<br><br>**STIPULATION AND ORDER VACATING REVIEW HEARING, TERMINATING PROBATION, AND DISMISSING OFFENSE WITHOUT ENTRY OF JUDGMENT** |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, LUIS BRAMBILA, by and through his Assistant Federal Defender Rachelle Barbour, that the Court may vacate the review hearing set for August 14, 2019.  Mr. Brambila requests that the Court terminate the term of probation, and the Government does not oppose.  Mr. Brambila has paid his entire fine in the amount of $500.00, has completed his 30 hours of community service, and completed all other terms of supervision.  The parties stipulate to withdrawal of the plea and dismissal of the offense without entry of judgment.

                          Respectfully submitted,

                          HEATHER E. WILLIAMS
                          Federal Defender

Date: August 1, 2019            */s/ Rachelle Barbour*
                          RACHELLE BARBOUR
                          Assistant Federal Defender
                          Attorney for LUIS BRAMBILA

| | |
|---|---|
| | McGREGOR SCOTT<br>United States Attorney |
| Dated: August 1, 2019 | /s/ *Rachelle Barbour for S. St.Vincent*<br>SUSAN ST. VINCENT<br>Legal Officer |

**ORDER**

The review hearing scheduled for August 14, 2019 is vacated. The court hereby terminates the term of probation. Mr. Brambila's plea is vacated, and the case is dismissed without entry of judgment.

IT IS SO ORDERED.

Dated:  August 6, 2019

UNITED STATES MAGISTRATE JUDGE